UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,                      Case No. 1:13cr47

v.                                                Hon. Robert J. Jonker

RICHARD DAVID SMITH,

        Respondent.
                                         /

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 20, 2014. A hearing was held on June 5, 2014, before Magistrate Judge Greeley on objections which were filed (docket ## 78 and 80). The objections to the Report and Recommendation were withdrawn on the record. Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 20, 2014, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendant Richard David Smith's motion to allow his counsel, Richard E. Zambon, to withdraw (Dkt. 72) is **GRANTED** and that defendant be allowed to proceed pro se in this matter, with Richard E. Zambon as standby counsel.

                                                           /s/ Robert J. Jonker
                                                       ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE

DATED:  June 6, 2014.